Rubin Crain IV
#1987012
TDCJ Holliday Unit #A4-33B
295 IH-45 North
Huntsville TX 77320-8443
USA

49,450-07

July 13th, 2015

RE: Writ of Certiorari (Inquiry)

To The Honorable Clerk:

Pursuant to the filing of the "Writ of Certiorari" on-or-about June 30th, 2015 due to the inquiry of the disposition in accordance to matter of law... will you (please) allow me an opportunity to receive a copy(s) of the "Docket" proceedings' as well as the encaptioned "Writ No.#" due to the adequate process of the Court? "With all due respect... your assistance is highly appreciated, and have a nice day!"

Respectfully Submitted,

Rubin Crain IV

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk

W/B

C. C. RCIV